UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CLEMENT WOGHIREN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 04-12148-WGY |
| | ) | |
| WYETH, And | ) | |
| WYETH BIOPHARMA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION EXTENDING TIME FOR THE DEFENDANTS TO FILE A RESPONSIVE PLEADING

The parties to this action hereby stipulate and agree that defendants, Wyeth and Wyeth

Biopharma shall have up to and including November 8, 2004 in which to file an answer or

otherwise defend against the Complaint filed by plaintiff, Clement Woghiren.


**CLEMENT WOGHIREN,**
By his Attorney,


John F. Tocci, Esq.
BBO# 562139
Merson & Lee, P.C.
171 Milk Street, Suite 400
Boston, MA 02109
(617) 399-7800


**WYETH AND WYETH BIOPHARMA,**
By Their Attorneys,


Michael A. Fitzhugh, Esq.
BBO# 169700
Edward P. O'Leary, Esq.
BBO# 551932
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330


Dated: October 29, 2004.