UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WYETH, And )<br>WYETH BIOPHARMA, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO. 04-12148 WGY |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANTS WYETH AND WYETHBIOPHARMA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Local Rule 7.3 of the United States District Court for the District of Massachusetts, Wyeth and Wyeth Biopharma submit the following as their Corporation Disclosure Statement:

1. The filing parties, one of which is nongovernmental corporation, identify the following parent company, which is a publicly held corporation, that controls one of the filing parties, directly or through others, or which own 10% or more of the party's stock: None. Wyeth is a corporation duly organized under the laws of the State of Delaware, and headquartered in Madison, New Jersey. Wyeth Biopharma, is a division of Wyeth, and although not amenable to suit in its own name, has been designated as a defendant herein.

2. The filing parties identify the following publicly held corporations with which a merger agreement with the parties exists: none.

3. Wyeth, a corporation organized under the laws of the State of Delaware. It has no parent and no publicly traded corporation owns 10% or more of its stock.

**WYETH and WYETH BIOPHARMA**,
By their Attorneys:

*/s/ Michael A. Fitzhugh*
Michael Fitzhugh, Esq., BBO# 169700
Edward P. O'Leary, BBO# 551932
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA  02110

### CERTIFICATE OF SERVICE

I, Angelina Velazquez, hereby certify that I served a copy of the foregoing document upon John F. Tocci, Esq. by first class mail, postage prepaid, on December 6, 2004.

*/s/ Angelina Velazquez*
Angelina Velazquez