UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WYETH, And ) <br> WYETH BIOPHARMA, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 04-12148 WGY |

## DEFENDANTS' CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 16.1(d)(3)

Defendants Wyeth and Wyeth Biopharma and their counsel, Michael A. Fitzhugh, of Fitzhugh, Parker & Alvaro, LLP hereby certify that they have conferred regarding establishing a budget for the defense of this matter, and regarding the use of alternative dispute resolution in accordance with Local Rule 16.1(d)(3) of the United States District Court for the District of Massachusetts.

WYETH, And
WYETH BIOPHARMA,

_/s/ Kenneth M. O'Brien_
Kenneth M. O'Brien, Esq.
Division Counsel, Labor & Employment
Wyeth
P.O. Box 8299
Philadelphia, PA 19101

FITZHUGH, PARKER & ALVARO, LLP

_/s/ Michael A. Fitzhugh_
Michael A. Fitzhugh, Esq.
BBO 169700
FITZHUGH, PARKER & ALVARO LLP
155 Federal Street, Suite 1700
Boston, MA 02110