UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
**CLEMENT WOGHIREN**                    )
                                        )
          **Plaintiff,**  )
                                        )
v.                                      )   **CIVIL ACTION NO. 04-12148-WGY**
                                        )
**WYETH and**                           )
**WYETH BIOPHARMA**                     )
                                        )
          **Defendants.** )
_____)

**NOTICE OF NAME, ADDRESS, E-MAIL ADDRESS**
**AND TELEPHONE NUMBER CHANGE**

Pursuant to Rule 83.5.2(e) of the Local Rules of the United States District Court for the District of Massachusetts, John F. Tocci, counsel to the Plaintiff in the above-captioned matter, Clement Woghiren, hereby notifies this Court that, effective February 1, 2005 his firm name, address, e-mail address and telephone number will change as follows:

John F. Tocci, Esq.
Tocci, Goss & Lee, PC
35 India Street, 5th Floor
Boston, MA  02110
Tel: 617-542-6200
Fax: 617-542-6201
jtocci@lawtgl.com

                                          Respectfully submitted,

                                          CLEMENT WOGHIREN

                                          By his attorneys,

                                          _____

                                          John F. Tocci, Esq., BBO# 562139
                                          Merson & Lee, P.C.
                                          171 Milk Street, Suite 400
                                          Boston, Massachusetts 02109
Dated: January 21, 2005              (617) 399-7800