UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN,<br>    Plaintiff,<br><br>v.<br><br>WYETH and WYETH BIOPHARMA,<br>    Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12148 WGY<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF AMANDA SHIPLEY

To the Clerk of the above-named Court:

     Please enter the appearance of Attorney Amanda B. Shipley of the firm Tocci, Goss & Lee, PC, as additional counsel on behalf of Clement Woghiren, the plaintiff in the above-captioned matter.  Please add Attorney Shipley to the electronic service list at electronic mail address ashipley@lawtgl.com.

                      Respectfully submitted,

                      CLEMENT WOGHIREN,

                      By his attorneys,

                        /S/ Amanda B. Shipley
                      John F. Tocci, Esq., BBO# 562139
                      Amanda B. Shipley, Esq., BBO# 655844
                      Tocci, Goss & Lee, P.C.
                      35 India Street, 5th Floor
                      Boston, Massachusetts 02110
                      (617) 542-6200

Dated:  September 21, 2005