UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CLEMENT WOGHIREN,            )<br>           Plaintiff,            )<br>                                       )<br>    v.                                )<br>                                       )<br>WYETH and WYETH BIOPHARMA, )<br>           Defendants.          )<br>                                       ) | CIVIL ACTION NO. 04-12148 WGY |

**REVISED JOINT TRIAL EXHIBIT LIST**

| Doc. No. | Document Description | Doc Date (if any) |
|---|---|---|
| 1. | Woghiren CV | 10/2004 |
| 2. | Calendar Year 2000 Evaluation of CW | 12/2000 |
| 3. | 2000 Myolotarg Award Letter to CW | 6/26/00 |
| 4. | 2000 Minesse MRP Award Letter to CW | 6/26/00 |
| 5. | Calendar Year 2001 Evaluation of CW | 12/2001 |
| 6. | QC AS&T Job Description |  |
| 7. | May 2002 QC Org Chart | 05/2002 |
| 8. | Calendar Year 2002 Evaluation of CW | 01 and 02/2003 |
| 9. | AST Assoc. Dir. Job Description |  |
| 10. | Interview Schedule for CW for AST Assoc. Dir. | 08/02 |
| 11. | E-Mail from D. Maratea (DM) to CW re delegation | 07/01/03 |
| 12. | E-Mail from D. Maratea to staff re CW role in absence | 07/10/03 |
| 13. | E-Mail from CW to T. Murphy with org chart | 07/15/03 |
| 14. | E-Mail from DM to CW re title | 10/02/03 |
| 15. | Written warning to P. Okeyo from DM | 11/14/03 |
| 16. | Memo from P. Okeyo to CW | 11/19/03 |
| 17. | Post-Reorg AST Org Chart |  |
| 18. | 10/01/02-09/30/03 Evaluation of CW | 12/2003 |
| 19. | St. Louis Transfer E-mail stream | 01/14/04 |
| 20. | Refacto Plan/Chart from CW to DM | 01/27/04 |
| 21. | E-Mail from DM to CW re taxi use | 02/04/04 |
| 22. | CW Performance Improve Plan (Subject to Court's Ruling on Plaintiff's Hearsay Objection) | 04/22/04 |
| 23. | CW Request for Medical Leave | 07/13/04 |
| 24. | E-Mail from DM to CW re documents | 08/20/04 |
| 25. | Memo from CW to DM re documents | Post-09/15/05 |
| 26. | Documents re CW post-Wyeth job search | Various dates |

| 27. | Inhibitex Offer Letter | 04/27/05 |
|---|---|---|
| 28. | Calendar Year 2004 Income Tax Statement | |
| 29. | Various Medical Records | |
| 30. | Wyeth 2004 annual Report | |
| 31. | MCAD Complaint | 04/23/04 |
| 32. | Amended Complaint | 10/10/04 |
| 33. | 1999 Performance Appraisal for Dr. Woghiren | |
| 34. | 2003 Performance Appraisal for Dr. Woghiren | 12/03 |
| 35. | Clement Woghiren cv | 08/02 |
| 36. | Denise Maratea cv | 08/02 |
| 37. | EAN upgrade to Director | 10/21/02 |
| 38. | Table of QC AST employees comparing PO's and DM's perf. appr. | |
| 39. | DM memo to CW re: organizing information | 01/19/04 |
| 40. | QC Laboratories AS&T Org. Chart 2003 | 09/11/2003 |
| 41. | Refacto Tech Transfer expectations | 01/28/04 |
| 42. | DM memo to CW re: request for an update on Refacto Tech Transfer | 01/30/04 |
| 43. | DM memo to CW re: AD180 | 06/08/04 |
| 44. | DM memo to CW re: Written Warning of Performance Deficiencies 'On Notice' | 07/07/04 |
| 45. | DM memo to C. Pajak re: decision to terminate CW | 09/22/04 |
| 46. | Peri Ozker memo to Chris Pajak re: her concurrence with DM's decision to terminate CW | 09/22/04 |
| 47. | Performance Incentive Award formula and employee bonus table | |
| 48. | 2003 Incentive Awards and Salary Increase Notifications for AS&T Group | |

Respectfully submitted,
**CLEMENT WOGHIREN**
By His attorney:


       /S/  John F. Tocci
John F. Tocci – BBO No.  562139
**TOCCI, GOSS & LEE**
35 India Street, 5th Floor
Boston, MA  02110
(617) 542-6200


Date:   September 26, 2005

Respectfully Submitted,
**WYETH and WYETH BIOPHARMA**
By Their Attorneys:


       /S/  Michael A. Fitzhugh
Michael A. Fitzhugh – BBO No.  169700
Sonia L. Skinner – BBO No.  631858
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330