UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| CLEMENT WOGHIREN,<br>    Plaintiff,<br><br>        v.<br><br>WYETH and WYETH BIOPHARMA,<br>    Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12148 WGY<br>)<br>)<br>)<br>) |

# JOINT TRIAL EXHIBIT LIST
# ANTICIPATED CONTESTED EXHIBITS

| Doc. No. | Document Description | Doc Date | Basis |
|---|---|---|---|
| A. | QC Raw Materials Manager Job Description (S. Bossi) |  | Relevance |
| B. | S. Bossi Employee Record Card |  | Relevance |
| C. | J. Flynn Employee Record Card |  | Relevance |
| D. | J. Magazzu Employee Record Card |  | Relevance |
| E. | R. Thompson Employee Record Card |  | Relevance |
| F. | T. O'Brien Employee Record Card |  | Relevance |
| G. | Zinma Khaw Memos and Exit Interview Questionnaire | June 2000 | Hearsay; unfairly prejudicial |
| H. | Clement Woghiren Candidate Evaluation authored by S. Abrams | 08/16/02 | Multiple Hearsay only |
| I. | Denise Maratea's Notes dated January – June 2004 |  | Hearsay; unfairly prejudicial |
| J. | David Holmes' memo to Denise Maratea | 01/21/04 | Hearsay; unfairly prejudicial |
| K. | Sharleen Miele memo to Denise Maratea | 01/27/04 | Hearsay; unfairly prejudicial |
| L. | Performance Improvement Program ("PIP") | 04/2204 | Multiple Hearsay only |
| M. | D. Maratea Post-PIP Notes dated April – September 2004 |  | Hearsay; unfairly prejudicial |
| N. | Chris Pajak's memo to Mike Dougherty re: his concurrence with Denise Maratea's decision to terminate Clement Woghiren | 09/22/04 | Hearsay; unfairly prejudicial |

| O. | Current Organizational Charts for QC Laboratories | 2005 | Foundation, relevance, never produced or alluded to in discovery |
| P. | QC AS&T Group by Ethnic Backgrounds (Current) | 09/05 | Foundation, relevance, never produced or alluded to in discovery |

All objections are those of the plaintiff.

| | |
|---|---|
| Respectfully submitted, | Respectfully Submitted, |
| **CLEMENT WOGHIREN** | **WYETH and WYETH BIOPHARMA** |
| By His attorney: | By Their Attorneys: |
| /S/ John F. Tocci | /S/ Michael A. Fitzhugh |
| John F. Tocci – BBO No. 562139 | Michael A. Fitzhugh – BBO No. 169700 |
| **TOCCI, GOSS & LEE** | Sonia L. Skinner – BBO No. 631858 |
| 35 India Street, 5th Floor | **FITZHUGH, PARKER & ALVARO LLP** |
| Boston, MA 02110 | 155 Federal Street, Suite 1700 |
| (617) 542-6200 | Boston, MA 02110-1727 |
| | (617) 695-2330 |

Date: September 26, 2005