UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN,<br>    Plaintiff,<br><br>    v.<br><br>WYETH and WYETH BIOPHARMA,<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-12148 WGY<br>)<br>)<br>)<br>) |

**WYETH AND WYETH BIOPHARMA'S MOTION IN LIMINE TO ADMIT
CERTAIN CONTESTED DOCUMENTS**

The Defendants Wyeth and Wyeth BioPharma (collectively "Wyeth") hereby move the Court to admit into evidence certain contested documents. The grounds therefor are fully explained in the supporting memorandum of law attached hereto and filed herewith.

Respectfully Submitted,
**WYETH and WYETH BIOPHARMA**
By Their Attorneys:

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served on all counsel of record via hand delivery on this date.

9/26/05        /S/ Sonia L. Skinner
Date           Sonia L. Skinner

       /S/  Michael A. Fitzhugh
Michael A. Fitzhugh – BBO No.  169700
Sonia L. Skinner – BBO No.  631858
**FITZHUGH, PARKER & ALVARO LLP**
155 Federal Street, Suite 1700
Boston, MA  02110-1727
(617) 695-2330