# GUIDE FOR PERFORMANCE IMPROVEMENT

**DATE:** April 22, 2004

| **TO:** | **FROM:** |
|---|---|
| Employee's Name  Clement Woghiren | Manager's Name  Denny Maratea |
| Department  QC AS&T | Department  QC AS&T |
| Location  Andover, MA | Location  Andover, MA |

**SUBJECT:** Performance Improvement Program ("PIP")

## STATEMENT OF CONCERNS

Clem's performance does not meet the expectations and requirements for a Grade 13 Principle Scientist position. The quality of Clem's work as well as Clem's initiative to take-on and follow-up with projects is not in line with the expectations of his grade level. A number of examples are provided below.

Quality and Timeliness of Work

In March 2003, I asked Clem to identify the SOP and other lab certification information needed, to begin drafting a laboratory certification plan, and to plan a timeline for the certification of the Raw materials Verification Laboratory. I followed up with Clem weekly during our regularly scheduled meetings. He was consistently unprepared and did not present any written plans, although Clem did state that he was working on it. It wasn't until June 2003, that Clem first mentioned the project in his monthly report. Clem summarized that a meeting had taken place with QA Compliance and a number of action items were identified. Throughout the summer of 2003, I continued to ask Clem for the lab certification documents, as I was concerned we would fall behind schedule. I subsequently mentioned that my manager was also asking for timelines, a certification protocol and a Master Validation Plan (MVP). On 8/26/03, Clem presented me with a one-page, non-detailed list of instrument and equipment status. I asked Clem to continually update the plan but Clem did not follow through with updates.

On 8/27/03 I learned that one of Clem's direct reports had completed drafts of both the MVP and Certification Plan and submitted both to Quality Records Management (QRM). Clem was also not aware of these activities. When I pointed it out to Clem, his response was that it didn't matter. I responded that it did matter. As the individual's manager it concerned me that Clem was not aware of the activities and that the duplication of effort was an inefficient use of time.

Throughout the drafting and revision process of the IL-11 method validation protocols (July 2003 – December 2003), Clem's contributions were extremely limited. Clem noted a few typographical and grammatical errors but for the most part, did not offer constructive criticism to the experimental design of the protocols. As a result, it was necessary for me to continue with the exhaustive review of the documents. If Clem was performing at the expected level of scientific review, my efforts could be directed towards other, more strategic objectives.

In January 2004, Clem was given the sole assignment of participating in coordinating the tech transfer of the Refacto AF assays from WBP, St. Louis to WBP, Andover. In addition to my own observations, a number of other key individuals involved in the project reported that Clem was unorganized, not interested in details and did not show any sense of urgency related to the project. Since the project timeline was very condensed (about 1 month), I was confronted a number of times with unsolicited feedback indicating that there was concern that Clem was not capable of performing the assigned function. Throughout the process I tried to explain to Clem that he needed to present the plan and/or information in an organized manner as opposed to responding that "things were going nicely". Clem initially resisted but then agreed. However, Clem put together a plan that was simplistic and void of details. After coaching by me, Clem began documenting the details of the transfer.

WYETH00215

# GUIDE FOR PERFORMANCE IMPROVEMENT

Nevertheless, the plan resulted in a great deal of confusion among the staff from both the Quality and Development organizations. At one point, I interceded and called a number of meetings to flush out the details and to smooth out the operations. I also asked Clem to update the Refacto ATF team on a routine basis (the team typically meets biweekly). Clem updated the ATF team once and has not updated the Refacto ATF team since January 27, 2004.

Initiative

Clem and I have had numerous conversations throughout the year regarding his lack of productivity. Clem told me that he spent most of his time reviewing documents and coaching his direct reports. However, based on discussions I conducted with his direct reports I could not confirm his claim. In general, Clem's staff reported that Clem was unaware of their workloads, not interested in details and his review of their work was cursory and not timely.

In March 2004, I asked Clem to complete a "Needs Assessment" for two assays that need to be transferred from Development to QC. I asked Clem to add this task to his timeline. The following week, Clem showed me that he had allowed himself about 12 weeks for the completion of this task. I explained that this is unacceptable and that it is an exceedingly long period of time to accomplish this task, especially in light of the fact that Clem has very few other assignments.

## DATES OF PREVIOUS DISCUSSIONS

We previously talked about these concerns, including discussions held on the following date(s):

2/12/03, 8/13/03, 12/17/03, 1/22/04, 1/23/04, 1/30/04, 2/19/04, 3/3/04 and 4/14/04.

## IMPROVEMENT EXPECTATIONS

Your demonstrated performance is not meeting job expectations in the areas of quality, timeliness of work, and initiative. To clarify my expectations of your job performance, I have outlined below specific objectives and behaviors. This Performance Improvement Program ("PIP") is intended to allow you an opportunity to correct the identified performance shortcomings within a reasonable period.

| IMPROVEMENT EXPECTATIONS | DUE DATE |
|---|---|
| Meet with Dawn Block to discuss and agree on the necessary revisions for AQ401. Document the outcome of the meeting and draft a plan (scope of changes and timeline) to achieve the objectives. | April 29, 2004 |
| Complete a detailed plan and "needs assessment" (re: AQ401) for the transfer of the two test methods from BA to QC DP/DS laboratories. This "needs assessment" is to be completed by the due date. Sign-off by QA is not required within this timeframe. | May 6, 2004 |
| Complete a detailed draft of a scientifically sound and grammatically correct tech transfer protocol for each of the two assays that need to be transferred from Development to QC. | May 13, 2004 |
| Take the initiative to get on the Refacto ATF team meeting agenda and provide biweekly updates to the team regarding the status of the "Needs Assessment" documents and the tech transfer protocol documents. | On-going |
| Record daily job-related activities in a logbook so that your daily work activities may be accurately quantified. The log should include specific tasks, time utilized on each task and the date of the activity. The log will be reviewed during our weekly one-on-one meetings. | On-going |

# PROGRAM RESULTS
**To be completed at the end of the program (or sooner, if immediate and significant improvement has not been made).**

You have not met the goals, but have demonstrated significant progress and the program is being extended at my discretion:

☐ Extend PIP by: _____ days;  Initials: _____ and _____ / _____
                                                                   Employee              Manager            Date

Otherwise, the program is concluded as follows (check one):

☐ You are being removed from the program because you have met the assigned goals. Please be aware that future poor performance may result in being placed on the On Notice program or other disciplinary actions, rather than another PIP.

☐ Disciplinary action will be required.

_____   _____
Manager's Signature              Date       Employee's Signature              Date

_____   _____
Second-Level Manager             Date       Human Resources                   Date

# GUIDE FOR PERFORMANCE IMPROVEMENT

**The Overall Program Will Last Up To 30 days But May Be Extended Based Upon Your Performance Reviews**

## REVIEW SESSIONS (INTERIM AND FINAL)

To support your improvement efforts and provide you with feedback, we will agree to schedule the following weekly review date(s) to assess and document your progress in achieving the SMART goals:

| DATE (S) | STATUS OF GOALS<br>Progress toward goal attainment to be indicated at each interim and the final progress review. |
|---|---|
| April 29, 2004 | |
| May 6, 2004 | |
| May 13, 2004 | |
| May 20, 2004 | |

## MANAGEMENT COMMENTS AND AT-WILL DISCLAIMER

Your contribution is important to the group's success. Please don't hesitate to ask for assistance if you need it. As your manager, I will be available and assist you as much as possible to help you achieve the performance expectations for your position. Also, feel free to contact Human Resources if you have any questions or concerns. Please note, however, that nothing about this program should be construed as a contract of employment for a specific term, nor should it be viewed as changing in any way the employment at-will relationship that exists between you and Wyeth. This means that either you or the company may terminate the employment relationship at any time and for any reason with or without cause. Successful achievement of performance goals does not constitute an employment agreement.

## PROGRAM CONSEQUENCES

While on the program, you are expected to show immediate, significant and sustained improvement. Failure to do so will result in further action, up to and including being placed On Notice. In addition, if performance deteriorates, this may result in further action including being placed in the On Notice program.

## EMPLOYEE COMMENTS

Employee declined to sign this document (see attached) 29 April 04

| Manager's Signature | 22 April 2004<br>Date | Employee's Signature | 30 Apr 04<br>Date |
|---|---|---|---|
| Second-Level Manager | 30 April 2004<br>Date | Human Resources | 30 Apr 04<br>Date |

WYETH00218