**Wyeth Confidential Exit Questionnaire**   **CONFIDENTIAL**

Please take a few minutes to answer the following questions as candidly as possible. Your individual response will be treated as confidential. Your feedback is important to us and will help Wyeth achieve our mission and realize our vision. Please bring this form with you to your exit interview. Thank you for your cooperation.

**Personal Data**
Name: Zinma Khaw   Termination Date: 6/21/2002   Hire Date: 15/11/2000
Position Title: QC Analyst   Department: QC-AS&T   Immediate Supervisor: Clement Woghiren

Reason for Leaving (Please check one): Career Opportunity ☒   Personal/Family Circumstances ☐   Return to School ☐
Self-employment ☐   Retirement ☐   Other ☐

If you are leaving to go to another company, please rate the importance of each reason below that may apply to why you are leaving Wyeth (i.e. the most important reason=1, second most important reason=2, etc.; If a reason does not apply, please leave it blank):
Compensation Package   Benefits   Career Advancement Opportunities-1   Co-workers   Type of Work
Lack of Recognition   Business/Product Direction   Company Culture   Department relocating (e.g. Move to Collegeville)   Management-2   Other   Comment:

Before making your decision to leave, did you investigate other options that would enable you to stay? Yes ☒ No ☐
If "yes", describe: Formally & informally interviewed for internal positions but due to timing & opportunity, this did not proceed.

Are there any other benefits you feel should have been offered or of the benefits offered, what improvements should be made? Yes ☒ No ☐ If "yes", what? (4-4-4-4) 4 yr. vesting time. 1 wk. more vacation time.

If you are leaving to join another company:

What is the name of your new company? Biogen

What industry is your new company in? Biopharmaceuticals

What is the salary you will be receiving?

If you will be receiving a bonus, what bonus amount can you expect to get? YES

& same What benefits is your new company offering that Wyeth does not? ~~Stock~~ ~~vesting time~~, less ~~healthcare~~ → expensive healthcare premiums, option to purchase 1 wk. vacation, almost twice as much in stocks, stock purchase program

Would you recommend working at Wyeth to a friend? YES & greater incentive awards program, 100% education reimbursement.

Yes, without reservations ☒  Yes, with reservations ☐  No ☐  Comment:
— but ensure that the specific dept's culture coincides w/ company values & attitude

| Please Rate the Following: — for Wyeth | Excellent | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|---|
| **Compensation: Base salary** | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **If applicable:** PIA, commission, stock options | ☐ | ☐ | ☐ | ☐ | ☒ | |
| **Retirement:** 401K, Retirement Plan, Healthcare Plan, Life Insurance Plan | ☐ | ☐ | ☒ | ☐ | ☐ | 401K match is "Good." |
| **Basic Benefits:** Health Insurance, Prescription Plan, Dental Plan, Life Insurance, Business Travel Accident Insurance, Disability Benefits | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **Voluntary Benefits:** LTD, Group Universal Life Insurance, Life Insurance, Dependent Life Insurance, AD&D, Long Term Care Insurance | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **Spending Accounts:** Dependent Care, Healthcare | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **Educational Assistance Programs:** Tuition Reimbursement, AHP Scholarship Program, PDE Scholarship Program, ConSern Loans | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **Work/Life Benefits:** EAP, Adoption Assistance, Lactation Program, Dependent Care Subsidy, Flexible Work Arrangements | ☐ | ☒ | ☐ | ☐ | ☐ | Lacking on-site child-care |
| **Time Off:** Vacation, Holidays, Personal Days, Sick Days | ☐ | ☐ | ☒ | ☐ | ☐ | |
| **Recognition:** service anniversary awards, R&D awards, special recognition awards, etc. | ☐ | ☐ | ☐ | ☒ | ☐ | |
| **Other:** | ☐ | ☐ | ☐ | ☐ | ☐ | |

Revised 01/24/02

WYETH00314

Please read the following statements and indicate a response that corresponds to your level of agreement or disagreement regarding whether or not <u>your management, your co-workers, and the Company operate according to A[P] values</u>. You may indicate a statement to support and explain your responses on the comment line at the end of each the section for each statement.

**CONFIDENTIAL**

*The following rating for Management only applies to my "immediate management" only.*

Rating scale:
1 = Almost Never
2 = Rarely
3 = Sometimes
4 = Often
5 = Almost Always

| Operates according to the Company's values: | Your Management | Your Co-workers | The Company |
|---|---|---|---|
| **QUALITY** | | | |
| Does the job right every time | 3 | 4 | 5 |
| Focuses on what is important | 3 | 5 | 5 |
| Strives for continuous improvement | 2 | 5 | 5 |
| Thinks strategically and executes flawlessly  *Observed w/recent management turnover within the department.* | 2 | 4 | 5 |
| *QUALITY* OVERALL RATING AND COMMENT: | 2 | 4 | 5 |
| **INTEGRITY** | | | |
| Takes responsibility for actions | 3 | 5 | 5 |
| Follows through on commitments | 5 | 5 | 5 |
| Communicates in an open, honest, timely, and authentic manner | 1 | 5 | 5 |
| Respects confidentiality | 4 | 5 | 5 |
| *INTEGRITY* OVERALL RATING AND COMMENT: | 2 | 5 | 5 |
| **RESPECT FOR PEOPLE** | | | |
| Treats others with dignity and respect | 3 | 5 | 5 |
| Embraces and encourages new ideas | 2 | 5 | 5 |
| Cultivates individual talents | 1 | 5 | 5 |
| Rewards contributions | 2 | 5 | 5 |
| Celebrates achievements | 3 | 4 | 4 |
| *RESPECT FOR PEOPLE* OVERALL RATING AND COMMENT: | 3 | 5 | 5 |
| **LEADERSHIP** | | | |
| Is a good role model | 1 | 4 | 5 |
| Approaches job with passion and conviction | 2 | 5 | 5 |
| Brings out the best in people | 2 | 5 | 5 |
| Anticipates change | 3 | 5 | 5 |
| Demonstrates personal initiative | 2 | 5 | 5 |
| Promotes innovative thinking | 1 | 5 | 5 |
| *LEADERSHIP* OVERALL RATING AND COMMENT: | 1 | 4 | 5 |
| **COLLABORATION** | | | |
| Demands teamwork | 3 | 4 | 5 |
| Is flexible and responsive | 2 | 5 | 5 |
| Thinks and works across boundaries | 2 | 4 | 5 |
| Shares information freely | 1 | 4 | 4 |
| Seeks input and listens | 2 | 5 | 4 |
| *COLLABORATION* OVERALL RATING AND COMMENT: | 2 | 5 | 5 |

Additional comments or recommendations: Thank you very much for sharing your thoughts with us.
*I recommend trending departmental turn-over rate by the recent months. In addition I do not want this confidential questionnaire to affect my future potential employment w/ Wyeth.*

Employee Printed Name: Zinna Khaw    Employee Signature: [signature]    Date: 6/18/02
HR Printed Name: _____    HR Signature: [signature]    Date: 6/19/02

Revised 01/24/02

**From:** Zinma Khaw
**To:** Pearlson, Gillian
**Date:** 6/21/02 10:44AM
**Subject:** Exit Interview follow-up

**CONFIDENTIAL**

Hello Gillian,

I just wanted to add additional information to my exit interview documentation. I would like to add that prior to approaching anyone regarding the issues that I was enduring with Clement, I was under the close guidance of work counselors at EAP (and throughout). I was told by EAP that it is confidential and that only I have the authority to release their documented sessions, if I may need to for any reason.

I initially approached them because Clement was continually impeading my ability to do my job and also, I felt extremely threatened by his techniques & actions. For example, he would regularly request an immediate meeting as if it were urgent or meetings very late in the work day that will last far after hours. He does not take into consideration how he is hindering other people's job by taking their time to discuss 'his' needs.

These discussions were rarely of the job at hand. And if it was of a useful topic, it is customary for him to talk in circles so that when you leave his office, you'd wonder what was he talking about.

The EAP counselors suggested that I repeat his words to clarify. When I did so, he would reply by saying, "No, no, no. I did not say that" with a sigh & repeated shaking of his head, about 80% of the time. This has been occuring since he came on board, and for very long time I was blaming myself and feeling like something was really wrong with me. I could not figure it out. I soon realized by listening to others, that I was not alone. I have never encountered someone like Clement who knows what to do & pretty much how to manage ("by the book") but misses the key points completely and sees the other as the problem.

He has blatently told me that "I know you are unhappy and do not like your job but..." I was completely shocked! He would regularly call me and tell me how to do my job and say, "this is a method of 'coaching'...this is called 'coaching'. I'm just trying to, 'coach' you so you can do better for yourself and for the company." I think my attitude & actions show how much I value the company. He doesn't like to get feedback; only one way communication. He told me under his breath as he snickered, "I don't know why you have a hard time following orders, especially that you are in the military." I was quite insulted. It is unbelievable some of the things he says. It is so insulting that it is unbearable at times. Myself as well as others have quietly cried on a close friend's shoulders several times because of his ways. He is a nice man though, and is great at first impressions, but he is lacking in his management, quality, integrity, respect for people, leadership, and collaboration skills; all of our Core Values that made this company so great to work for.

Please feel free to contact me at anytime even after I have left the company if you need me to come in or converse. Please extend this to Peri Ozker also. I am very busy but I will try to catch her to leave my contact information and refer her to you for details on the issue.

In addition, I would like to release the information noted on our previous meeting regarding the same issue.

Thank you very much, Gillian. You have been very helpful and a great resource. I'm grateful that you were there to listen to me.

Zinma

**Redacted by Counsel**

WYETH00299

**CONFIDENTIAL**

**From:** Zinma Khaw
**To:** Pearlson, Gillian
**Date:** 6/21/02 10:55AM
**Subject:** Continued

I'm sorry, Gillian. I have one more thing to mention.

In general, communication and plans/projects are not being communicated openly any more. It is normally restricted to Latosha Dixon from Clement. We can not function as a department if we don't communicate such as what has been done, what needs to be done, what has been taken care of by Latosha that she failed to mention to the group, what opportunities are available, etc. I do not like to point fingers, but I believe you had asked for specifics. The entire group, including myself feels that there is a high amount of secrecy between Clement and Latosha. Unfortunately, we have observed the results of this fact.

Without communicating and planning strategically together as a team, we can not be a functioning group.

Thank you again, Gillian.
Zinma

WYETH00300