# Wyeth

## CANDIDATE EVALUATION

**CANDIDATE:** Clem Woghiren

**POSITION:** Assoc Dir. AST

**INTERVIEW DATE:** August 16, 2002

**INTERVIEWED BY:** Stephanie Abrams

### POSITIVES:
Clem is currently in AST and managers a large portion of the group. He's familiar with the staff and the goals of the organization. Pulling all performance opinion out of the picture, this is the next natural step for him in him career growth.

### NEGATIVES:
There have been existing tensions within Clem's current staff, which kind question to how group dynamics would play out as that staff expanded.

### GENERAL EVALUATION:
Clem is interested in this position because he feels it's an exciting opportunity. He is doing some of the work currently and would like to continue. He feels he has a great staff and likes working with the different customer groups. He likes the new aspect of commercial troubleshooting and is looking to help continue to role that out. He feels he's the best person for the job because this role needs someone who is a good communicator that will develop and foster teamwork and collaboration who has strong technical skills with both proteins and small molecules. Clem's favorite part of his job is showing appreciation of his staff for their effort. His least favorite part is the frustration of limitations (space/resources) that make reaching the end goal difficult. If he gets this position Clem would deal with the staff transition by advocating continued AST-wide staff meeting and celebrating birthdays as a group. Basically, he would want to see the team still function as a team. As for his current peers, he would address those relationships by empowerment and acting as an advocate and soundboard by maintaining their scientific relationship. If Clem doesn't get this position, he would hope to see similar values of empowerment and collaboration and would build the relationship from there. Clem is currently a grade 13 making $93,390.96. He asked about the possibility of this being a grade 15 and I told him slim to none.

### RECOMMENDATION:
As a person I like Clem. Based off of some of the feedback from his current staff, I'm not sure he's

WYETH00166

as strong a management figure as he asses himself to be. In terms of experience, I can see him being a good candidate, but in terms of management, I'm not sure this is the right move right now.

WYETH00167

# Wyeth

Interview Schedule
for
Clem Woghiren

1st Round

| HIRING MANAGER | GROUP | POSITION |
|---|---|---|
| Peri Ozker | QC AS & T | Associate Director |

### Friday August 16, 2002

Peri Ozker — Director                                    9:00 – 10:00 AM

Mary Griffin — Assc. Director QC Micro          10:00 – 10:45 AM

Stephanie Abrams — HR Staffing                     10:45 – 11:15 AM

John Korte — SR Director – Quality                 12:00 – 12:45 PM

Sharleen Miele — Assc. Director QC Chemistry   1:00 – 1:45 PM

### MONDAY AUGUST 19, 2002

Gillian Pearlson — HR Manager                        2:00 – 2:45 PM

WYETH00165