# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

    WOGHIREN
    Plaintiff

              V.

    WYETH, ET AL
    Defendant

CIVIL ACTION NO. ___04-12148-WGY___

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to _____ ADR - As Soon As Possible _____ for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| X | MEDIATION | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

☐ The ADR proceeding with principals present has been scheduled for _____

at _____ in Courtroom _____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

SARAH ALLISON THORNTON
CLERK OF COURT

DATE: ___9/27/05___

___/s/ Marie Bell___
Deputy Clerk

To:    All Counsel of Record
        and ADR Provider

(ADR Assignment.wpd - 4/12/2000)            [ntcasgnadr.]