

| | |
|---|---|
| From: | David Holmes |
| To: | Maratea, Denny |
| Date: | 1/21/2004 5:51:31 PM |
| Subject: | STL COE Transfer feedback |

Denny,
I wanted to give you some feedback on the STL Center of Excellence transfer and specifically on Clem's performance with this project.

I am extremely dissappointed with the current state of the project. I am concerned that essentially nothing has been done, and we are now 17 business days away from the targeted end of the project (or at least the major phase planned completion date).

When we assigned this project on 09JAN it was with the understanding that we (you, myself, and Sharleen) were going to be updated on a regular basis. Other than a brief list of activities, which assigned some minor aspects of the project, I have not been informed of the current state of the project.

My understanding was that Clem was going to act in a leadership role to facilitate the transfer for the analytical groups.

I have not seen a detailed outline or project plan, assesment of capabilities, gaps or any other basic information which I would expect to see as a first step in facilitating the transfer. Individuals within my group are being asked to take on assignments which I believe clearly fall to Clem's responsibility.

I am concerned that we are not going to sucessfullly complete this project.
David

David Holmes
Director
Quality Control
Wyeth BioPharma
Andover, MA
(978) 247-1279
dholmes@wyeth.com

Admin Wendy Bonneau wbonneau@wyeth.com

CC:        Korte, John; Sharleen Miele

WYETH00163