| | |
|---|---|
| From: | Sharleen Miele |
| To: | Maratea, Denny |
| Date: | 1/27/2004 1:52:26 PM |
| Subject: | STL ReFacto Transfer Project |

Denny,

At the ReFacto transfer meeting on Tuesday (1/20/04), I felt that Clem and I were not aligned on the direction of the ReFacto method transfer project and Clem's role. So I spoke with him on Thursday (1/22/04). I explained to him that I anticipated him to take a lead role in the ReFacto method transfer. To me, this means coordinating all efforts (QCDP, AST, STL, QA, QC Mgt) and acting as a project manager actively seeking out information from existing documentation, instrument availability, training needed, etc. In order for this transfer to be successful and timely, a full time, strong project lead is essential.

After my discussion with him, I still feel that Clem and I are not in agreement on his role in this project. He acted somewhat defensive and feels that his activities to date on this project are adequate. He also believes that people should seek him out to provide information on the project rather than him taking responsibility and actively gathering the information to lead the project. I am worried about the success of this project and his project management skills.

Feel free to contact me if you need additional information.

Sharleen

WYETH00162