Wyeth Confidential Exit Questionnaire          **CONFIDENTIAL**

Please take a few minutes to answer the following questions as candidly as possible. Your individual response will be treated as confidential. Your feedback is important to us and will help Wyeth achieve our mission and realize our vision. Please bring this form with you to your exit interview. Thank you for your cooperation.

**Personal Data**
Name: Zinma Khaw    Termination Date: 6/21/2002    Hire Date: 12/11/2000
Position Title: QC Analyst    Department: QC-AS&T    Immediate Supervisor: Clement Weghiren

Reason for Leaving (Please check one): Career Opportunity ☒  Personal/Family Circumstances ☐  Return to School ☐
Self-employment ☐  Retirement ☐  Other ☐

If you are leaving to go to another company, please rate the importance of each reason below that may apply to why you are leaving Wyeth (i.e. the most important reason=1, second most important reason=2, etc.; If a reason does not apply, please leave it blank):
Compensation Package    Benefits    Career Advancement Opportunities-1    Co-workers    Type of Work
Lack of Recognition    Business/Product Direction    Company Culture    Department relocating (e.g. Move to Collegeville)    Management-2    Other    Comment:

Before making your decision to leave, did you investigate other options that would enable you to stay? Yes ☒ No ☐
If "yes", describe: Formally & informally interviewed for internal positions but due to timing & opportunity, this did not proceed.

Are there any other benefits you feel should have been offered or of the benefits offered, what improvements should be made? Yes ☒ No ☐ If "yes", what? (4-4-4-4) 4 yr. vesting time. i wk. more vacation time

If you are leaving to join another company:

What is the name of your new company? Biogen

What industry is your new company in? Biopharmaceuticals

What is the salary you will be receiving?

If you will be receiving a bonus, what bonus amount can you expect to get?
YES

& same  What benefits is your new company offering that Wyeth does not? ~~Shorter vesting time~~, less
healthcare → expensive healthcare premiums, option to purchase 1 wk. vacation, almost
Would you recommend working at Wyeth to a friend? twice as much in stocks, stock purchase program
YES                                                    & greater incentive awards program, 100%
Yes, without reservations ☒  Yes, with reservations ☐  No ☐  Comment: Education reimbursement.
- but ensure that the specific dept's culture coincides w/company values &
                                                                                    attitude

| Please Rate the Following: — for Wyeth | Excellent | Good | Fair | Poor | N/A | Comments |
|---|---|---|---|---|---|---|
| Compensation: Base salary | ☐ | ☐ | ☒ | ☐ | ☐ | |
| If applicable: PIA, commission, stock options | ☐ | ☐ | ☐ | ☐ | ☒ | |
| Retirement: 401K, Retirement Plan, Healthcare Plan, Life Insurance Plan | ☐ | ☐ | ☒ | ☐ | ☐ | 401K match is "Good." |
| Basic Benefits: Health Insurance, Prescription Plan, Dental Plan, Life Insurance, Business Travel Accident Insurance, Disability Benefits | ☐ | ☐ | ☒ | ☐ | ☐ | |
| Voluntary Benefits: LTD, Group Universal Life Insurance, Life Insurance, Dependent Life Insurance, AD&D, Long Term Care Insurance | ☐ | ☐ | ☒ | ☐ | ☐ | |
| Spending Accounts: Dependent Care, Healthcare | ☐ | ☐ | ☒ | ☐ | ☐ | |
| Educational Assistance Programs: Tuition Reimbursement, AHP Scholarship Program, PDE Scholarship Program, ConSern Loans | ☐ | ☐ | ☒ | ☐ | ☐ | |
| Work/Life Benefits: EAP, Adoption Assistance, Lactation Program, Dependent Care Subsidy, Flexible Work Arrangements | ☐ | ☒ | ☐ | ☐ | ☐ | Lacking on-site child-care. |
| Paid Time Off: Vacation, Holidays, Personal Days, Sick Days | ☐ | ☐ | ☒ | ☐ | ☐ | |
| ...nition: service anniversary awards, R&D awards, special ...cognition awards, etc. | ☐ | ☐ | ☐ | ☒ | ☐ | |
| Other: | ☐ | ☐ | ☐ | ☐ | ☐ | |

Revised 01/24/02

WYETH00314

Please read the following statements and indicate a response that corresponds to your level of agreement or disagreement regarding whether or not your management, your co-workers, and the Company operate according to A[illegible] values. You may indicate a statement to support and explain your responses on the comment line at the end of each section for each statement.

CONFIDENTIAL

*: The following rating for Management only applies to my immediate management only!*

Scale: 1 = Almost Never, 2 = Rarely, 3 = Some-Times, 4 = Often, 5 = Almost Always

| Operates according to the Company's values: | Your Management | Your Co-workers | The Company |
|---|---|---|---|
| **QUALITY** | | | |
| Does the job right every time | 3 | 4 | 5 |
| Focuses on what is important | 3 | 5 | 5 |
| Strives for continuous improvement | 3 | 5 | 5 |
| Thinks strategically and executes flawlessly *Observed w/recent management turnover* | 2 | 4 | 5 |
| *QUALITY* OVERALL RATING AND COMMENT: *within the department.* | 3 | 5 | 5 |
| **INTEGRITY** | | | |
| Takes responsibility for actions | 3 | 5 | 5 |
| Follows through on commitments | 5 | 5 | 5 |
| Communicates in an open, honest, timely, and authentic manner | 1 | 5 | 5 |
| Respects confidentiality | 4 | 5 | 5 |
| *INTEGRITY* OVERALL RATING AND COMMENT: | 2 | 5 | 5 |
| **RESPECT FOR PEOPLE** | | | |
| Treats others with dignity and respect | 3 | 5 | 5 |
| Embraces and encourages new ideas | 2 | 5 | 5 |
| Motivates individual talents | 1 | 5 | 5 |
| Rewards contributions | 2 | 5 | 5 |
| Celebrates achievements | 3 | 4 | 4 |
| *RESPECT FOR PEOPLE* OVERALL RATING AND COMMENT: | 3 | 5 | 5 |
| **LEADERSHIP** | | | |
| Is a good role model | 1 | 4 | 5 |
| Approaches job with passion and conviction | 2 | 5 | 5 |
| Brings out the best in people | 2 | 5 | 5 |
| Anticipates change | 3 | 5 | 5 |
| Demonstrates personal initiative | 2 | 5 | 5 |
| Promotes innovative thinking | 1 | 5 | 5 |
| *LEADERSHIP* OVERALL RATING AND COMMENT: | 1 | 4 | 5 |
| **COLLABORATION** | | | |
| Demands teamwork | 3 | 4 | 5 |
| Is flexible and responsive | 2 | 5 | 5 |
| Thinks and works across boundaries | 2 | 4 | 5 |
| Shares information freely | 1 | 4 | 4 |
| Seeks input and listens | 2 | 5 | 4 |
| *COLLABORATION* OVERALL RATING AND COMMENT: | 2 | 5 | 5 |

Additional comments or recommendations: Thank you very much for sharing your thoughts with us.

*I recommend trending departmental turn-over rate in the recent [illegible] months. In addition I do not want this confidential questionnaire to affect my future, potential employment w/ Wyeth.*

Employee Printed Name *Zinna Khaw* Employee Signature *Zinna Khaw* Date *6/18/02*

HR Printed Name HR Signature *[signature]* Date *6/19/02*

Revised 01/24/02

WYETH00315