**From:** Zinma Khaw
**To:** Pearlson, Gillian
**Date:** 6/21/02 10:44AM
**Subject:** Exit Interview follow-up

**CONFIDENTIAL**

Hello Gillian,

I just wanted to add additional information to my exit interview documentation. would like to add that prior to approaching anyone regarding the issues that I was enduring with Clement, I was under the close guidance of work counselors at EAP (and throughout). I was told by EAP that it is confidential and that only I have the authority to release their documented sessions, if I may need to for any reason.

I initially approached them because Clement was continually impeding my ability to do my job and also, I felt extremely threatened by his techniques & actions. For example, he would regularly request an immediate meeting as if it were urgent or meetings very late in the work day that will last far after hours. He does not take into consideration how he is hindering other people's job by taking their time to discuss 'his' needs.

These discussions were rarely of the job at hand. And if it was of a useful topic, it is customary for him to talk in circles so that when you leave his office, you'd wonder what was he talking about.

The EAP counselors suggested that I repeat his words to clarify. When I did so, he would reply by saying, "No, no, no. I did not say that" with a sigh & repeated shaking of his head, about 80% of the time. This has been occuring since he came on board, and for very long time I was blaming myself and feeling like something was really wrong with me. I could not figure it out. I soon realized by listening to others, that I was not alone. I have never encountered someone like Clement who knows what to do & pretty much how to manage ("by the book") but misses the key points completely and sees the other as the problem.

He has blatently told me that "I know you are unhappy and do not like your job but..." I was completely shocked! He would regularly call me and tell me how to do my job and say, "this is a method of 'coaching'...this is called 'coaching'. I'm just trying to, 'coach' you so you can do better for yourself and for the company." I think my attitude & actions show how much I value the company. He doesn't like to get feedback; only one way communication. He told me under his breath as he snickered, "I don't know why you have a hard time following orders, especially that you are in the military." I was quite insulted. It is unbelievable some of the things he says. It is so insulting that it is unbearable at times. Myself as well as others have quietly cried on a close friend's shoulders several times because of his ways. He is a nice man though, and is great at first impressions, but he is lacking in his management, quality, integrity, respect for people, leadership, and collaboration skills; all of our Core Values that made this company so great to work for.

Please feel free to contact me at anytime even after I have left the company if you need me to come in or converse. Please extend this to Peri Ozker also. I am very busy but I will try to catch her to leave my contact information and refer her to you for details on the issue.

In addition, I would like to release the information noted on our previous meeting regarding the same issue.

Thank you very much, Gillian. You have been very helpful and a great resource. I'm grateful that you were there to listen to me.

Zinma

Redacted by Counsel

**CONFIDENTIAL**

From:     Zinma Khaw
To:       Pearlson, Gillian
Date:     6/21/02 10:55AM
Subject:  Continued

I'm sorry, Gillian. I have one more thing to mention.

In general, communication and plans/projects are not being communicated openly any more. It is normally restricted to Latosha Dixon from Clement. We can not function as a department if we don't communicate such as what has been done, what needs to be done, what has been taken care of by Latosha that she failed to mention to the group, what opportunities are available, etc. I do not like to point fingers, but I believe you had asked for specifics. The entire group, including myself feels that there is a high amount of secrecy between Clement and Latosha. Unfortunately, we have observed the results of this fact.

Without communicating and planning strategically together as a team, we can not be a functioning group.

Thank you again, Gillian.
Zinma

WYETH00300