UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CLEMENT WOGHIREN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-12148 WGY |
| | ) | |
| WYETH and WYETH BIOPHARMA, | ) | |
| Defendants. | ) | |

**DEFENDANTS' REQUEST FOR SUPPLEMENTAL JURY INSTRUCTIONS**

Pursuant to Fed.R.Civ.P. 51, the defendants, Wyeth and Wyeth BioPharma requests that this Honorable Court instruct the jury in accordance with the attached, additional jury instruction.

**WYETH And WYETH BIOPHARMA**,
By Their Attorneys,

Michael A. Fitzhugh, Esq. BBO#169700
Kristin E. Spriano, Esq. *Pro Haec Vice*
**FITZHUGH, PARKER & ALVARO, LLP**
155 Federal Street, Suite 1700
Boston, MA 02110-1727
(617) 695-2330

Dated: January 10, 2006

**Certificate of Service**

I hereby certify that a copy of the foregoing was served upon opposing counsel of record, John Tocci, by hand delivery on January, 10, 2006.

_____
Michael A. Fitzhugh

**SUPPLEMENTAL JURY INSTRUCTION**

**JURY INSTRUCTION NO. 39**

(*Prima Facie* Case Of Discrimination)

To establish a prima facie case of race discrimination under M.G.L. c.151B, the plaintiff must show that he was:

(1)  a member of a racial minority;

(2)  doing his job acceptably;

(3)  terminated; and

(4)  replaced with a similarly qualified individual.

If the plaintiff fails to prove any one of these four elements, then you must return a verdict for the defendants.

*Zhang v. Massachusetts Inst. of Tech.,* 46 Mass.App.Ct. 597, 604 (1999).