FILING FEE PAID:
RECEIPT # 69372
AMOUNT $ 50
BY DPTY CLK _pcr_
DATE 1-9-06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WYETH and WYETH BIOPHARMA, ) <br> Defendants. ) | CIVIL ACTION NO. 04-12148 WGY |

## MOTION FOR ATTORNEY KRISTIN E. SPRIANO
## TO BE ADMITTED *PRO HAEC VICE*

Now comes attorney Michael A. Fitzhugh, who moves this Court to admit Attorney Kristin E. Spriano *pro haec vice* to appear before this court for the limited purpose of assisting the undersigned in the representation of the defendant Wyeth in the trial of this action. As grounds therefore I state the following:

1. I am an attorney in good standing, duly licensed to practice law in the Commonwealth of Massachusetts, and am admitted to practice before the United States District Court for the District of Massachusetts.

2. I am a partner at the law firm of Fitzhugh, Parker & Alvaro, LLP, and trial counsel for Wyeth, the defendant in the instant case.

3. Kristin E. Spriano is an attorney in good standing and licensed to practice law in the Commonwealth of Massachusetts, having been admitted on December 2, 2005.

4. Attorney Spriano is employed as an associate attorney with the law firm of Fitzhugh, Parker & Alvaro, LLP.

5. Attorney Spriano has never been held in contempt of court, censored, suspended or disbarred by any court.

6. Attorney Spriano will be providing assistance in the firm's representation of Wyeth in this matter, and at all times will be subject to my supervision.

7. This is Attorney Spriano's first application for admittance *pro haec vice* to the United States District Court for the District of Massachusetts, and is necessitated by the fact that she was admitted to the Massachusetts Bar on December 2, 2005, but has yet to receive a BBO number in accordance with the registration process and thus has been unable as of this time to apply for admittance to the bar of this Court.

Wherefore I respectfully request this Court to allow this motion for the admittance of Kristin E. Spriano *pro haec vice,* so that she may appear as counsel at the trial of this matter.

Respectfully submitted,

Michael A. Fitzhugh (BBO#169700)
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

Dated: December 30, 2005