UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN,<br>Plaintiff,<br><br>v.<br><br>WYETH and WYETH BIOPHARMA,<br>Defendants. | CIVIL ACTION NO. 04-12148 WGY |

**AFFIDAVIT OF KRISTIN E. SPRIANO IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAEC VICE***

In support of the pending motion for admission *pro haec vice*, Kristin E. Spriano, hereby deposes and states that:

1. I am a member of the bar of Commonwealth of Massachusetts, having been sworn in on December 2, 2005. However, I have yet to receive a BBO number, given how recently I was admitted to the Massachusetts Bar. Thus, I have been unable to submit an application to the Bar of this Court.

2. The defendant in the above action, Wyeth, is represented by Attorney Michael A. Fitzhugh of the law firm of Fitzhugh, Parker and Alvaro LLP, 155 Federal Street, Suite 1700, Boston, Massachusetts 02110, where I am employed as an associate attorney.

3. I have never been held in contempt of court, censored, suspended or disbarred by any court of which I am a member.

4. I seek to appear on behalf of Wyeth in this case, and to participate in the trial of this action subject to the supervision of Attorney Fitzhugh.

Signed under the pains and penalties of perjury this 30th day of December, 2005

_____
Kristin E. Spriano