UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CLEMENT WOGHIREN,<br>    Plaintiff,<br><br>v.<br><br>WYETH and WYETH BIOPHARMA,<br>    Defendants. | CIVIL ACTION NO. 04-12148 WGY |

### TRIAL EXHIBIT INDEX

| Doc. No. | Document Description | Doc Date (if any) |
|---|---|---|
| 1. | Woghiren CV | 10/2004 |
| 2. | Calendar Year 2000 Evaluation of CW | 12/2000 |
| 3. | 2000 Myolotarg Award Letter to CW | 6/26/00 |
| 4. | 2000 Minesse MRP Award Letter to CW | 6/26/00 |
| 5. | Calendar Year 2001 Evaluation of CW | 12/2001 |
| 6. | QC AS&T Job Description | |
| 7. | May 2002 QC Org Chart | 05/2002 |
| 8. | Calendar Year 2002 Evaluation of CW | 01 and 02/2003 |
| 9. | AST Assoc. Dir. Job Description | |
| 10. | Interview Schedule for CW for AST Assoc. Dir. | 08/02 |
| 11. | E-Mail from D. Maratea (DM) to CW re delegation | 07/01/03 |
| 12. | E-Mail from D. Maratea to staff re CW role in absence | 07/10/03 |
| 13. | E-Mail from CW to T. Murphy with org chart | 07/15/03 |
| 14. | E-Mail from DM to CW re title | 10/02/03 |
| 15. | Memo to P. Okeyo from DM | 11/14/03 |
| 16. | Memo from P. Okeyo to CW | 11/19/03 |
| 17. | Post-Reorganization AST Org Chart | |
| 18. | 10/01/02-09/30/03 Evaluation of CW | 12/2003 |
| 19. | St. Louis Transfer E-mail stream | 01/14/04 |
| 20. | Refacto Plan/Chart from CW to DM | 01/27/04 |
| 21. | E-Mail from DM to CW re taxi use | 02/04/04 |
| 22. | CW Performance Improvement Plan (PIP) | 04/22/04 |
| 23. | CW Request for Medical Leave | 07/13/04 |
| 24. | E-Mail from DM to CW re documents | 08/20/04 |
| 25. | Memo from CW to DM re documents | Post-09/15/05 |
| 26. | Documents re CW post-Wyeth job search | Various dates |
| 27. | Inhibitex Offer Letter to CW | 04/27/05 |

| 28. | Calendar Year 2004 Income Tax Statement of CW | |
|---|---|---|
| 29. | Various Medical Records | |
| 30. | Wyeth 2004 annual Report | |
| 31. | MCAD Complaint | 04/23/04 |
| 32. | Amended Complaint | 10/10/04 |
| 33. | 1999 Performance Appraisal for Dr. Woghiren | |
| 34. | 2003 Performance Appraisal for Dr. Woghiren | 12/03 |
| 35. | Clement Woghiren cv | 08/02 |
| 36. | Denise Maratea cv | 08/02 |
| 37. | EAN upgrade to Director | 10/21/02 |
| 38. | Table of QC AST employees comparing Peri Ozker's and Denise Maratea's performance appraisals | |
| 39. | DM memo to CW re: organizing information | 01/19/04 |
| 40. | QC Laboratories AS&T Org. Chart 2003 | 09/11/2003 |
| 41. | Refacto Tech Transfer expectations | 01/28/04 |
| 42. | DM memo to CW re: Refacto Tech Transfer | 01/30/04 |
| 43. | DM memo to CW re: AD180 | 06/08/04 |
| 44. | DM memo to CW re: Written Warning of Performance Deficiencies 'On Notice' | 07/07/04 |
| 45. | DM memo to C. Pajak re: decision to terminate CW | 09/22/04 |
| 46. | Peri Ozker memo to Chris Pajak re: her concurrence with DM's decision to terminate CW | 09/22/04 |
| 47. | Performance Incentive Award formula and employee bonus table | |
| 48. | 2003 Incentive Awards and Salary Increase Notifications for AS&T Group | |
| 49. | Sharleen Miele email to D. Maratea re: Refacto | 01/27/04 |
| 50. | Stephanie Abrams Memo on Woghiren Interview | 08/16/02 |
| 51. | David Holmes Email to D. Maratea re: Refacto | 01/21/04 |