AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

Woghiren

v.

Wyeth

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 04-12148-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Tocci | FitzHugh |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/3/06, 1/4/06, 1/5/06, 1/6/06, 1/9/06 | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/3/06 | | | Clement Woghiren |
| | | 1/4/06 | | | Clement Woghiren |
| | | | | | Robert Corcoran |
| | | 1/5/06 | | | Clement Woghiren |
| | | 1/6/06 | | | Clement Woghiren |
| | | | | | Christopher Payjak |
| | | 1/6/06 | A-E | | Employee record cards |
| | | 1/6/06 | | | Latasha Dixon-Wright |
| | | 1/9/06 | | | Latasha Dixon-Wright |
| | | | | | Davidro Furusa |
| | | | | | Dr. Isabelle Ricard |
| | | | | | Charlene Mide |
| | | | | 49 | email from Mide 1/27/04 |
| | | | | | Dr. Pius Okeyo |
| | | | | | Hermenia Catipon |
| | | | | | Pratiksha Bhatnager |
| | | | | | Peri Ozker |
| | | 1/8/06 | H | 50 | HR interview written notes re: Woghiren |
| | | 1/10/06 | | | Peri Ozker |
| | | | | | Denise Maratea |
| | | 1/10/06 | | 51 | email from Holmes 1/21/04 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages