UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
CLEMENT WOGHIREN,                   )
        Plaintiff,                  )
                                    )
    v.                              )  CIVIL ACTION NO. 04-12148 WGY
                                    )
WYETH and WYETH BIOPHARMA,          )
        Defendants.                 )
                                    )
_____)

### WYETH'S BENCH MEMORANDUM ON
### WITNESSES TO BE CALLED ON ITS CASE IN CHIEF

For the convenience of this Court and the Plaintiff, Wyeth hereby discloses the witnesses it anticipates calling on its case-in-chief and an estimate of the time that their respective testimony will consume on direct examination:

1. Dr. Isabelle Ricard                Estimated Time on Direct Examination: 15 minutes
   Wyeth
   One Burtt Road
   Andover, MA 01810
   Twenty (20) minutes

2. Dr. Pius Okeyo                     Estimated Time on Direct Examination: 15 minutes
   Wyeth
   One Burtt Road
   Andover, MA 01810
   Twenty (20) minutes

3. Ms. Herminia Catipon               Estimated Time on Direct Examination: 15 minutes
   Wyeth
   One Burtt Road
   Andover, MA 01810

4. Dr. Pratiksha Bhatnagar            Estimated Time on Direct Examination: 15 minutes
   Wyeth
   One Burtt Road
   Andover, MA 01810

| | | |
|---|---|---|
| 5. | Ms. Sharleen Miele<br>Wyeth<br>One Burtt Road<br>Andover, MA 01810 | Estimated Time on Direct Examination: 15 minutes |
| 6. | Ms. Peri Ozker<br>Wyeth<br>One Burtt Road<br>Andover, MA 01810 | Estimated Time on Direct Examination: 30 minutes |
| 7. | Dr. Denise Maratea<br>Wyeth<br>One Burtt Road<br>Andover, MA 01810 | Estimated Time on Direct Examination: 60 minutes |

**Total Estimated Time of All Direct Examinations: 3 (Three) Hours**

Wyeth respectfully reserves the right to change the order of presentation of the aforementioned witnesses, and to augment this list to include others designated in the parties' Joint Pretrial Memorandum.

                                                WYETH And WYETH BIOPHARMA,
                                                By Their Attorneys,

                                                _____
                                                Michael A. Fitzhugh, Esq. BBO#169700
                                                Kristin E. Spriano, Esq. *Pro Haec Vice*
                                                **FITZHUGH, PARKER & ALVARO, LLP**
                                                155 Federal Street, Suite 1700
                                                Boston, MA 02110-1727
                                                (617) 695-2330

Dated: January 9, 2006

### Certificate of Service

I hereby certify that a copy of the foregoing was served upon opposing counsel of record, John Tocci, by hand delivery on January, 9, 2006.

                                                _____
                                                Michael A. Fitzhugh