UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
CLEMENT WOGHIREN                )
                                )
        Plaintiff               )
                                )
        V.                      )
                                )
                                )  CIVIL ACTION
                                )  NO. 04-12148-WGY
WYETH AND WYETH BIOPHARMA       )
        Defendants              )
                                )
                                )
                                )
_____)
```

## JURY VERDICT

1. On the discrimination claim, we find for

    __X__  Wyeth and Wyeth Biopharma

    _____  Clement Woghiren


2. On the retaliation claim, we find for

    __X__  Wyeth and Wyeth Biopharma

    _____  Clement Woghiren


3. We assess compensatory damages of

    _____

                                            _____
                                                    Foreman

Date: 1/11/06