UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **CLEMENT WOGHIREN** | Civil Action<br>No:04-12148-WGY |
| Plaintiff |  |
| v. |  |
| **WYETH**<br>**WYETH BIOPHARMA**<br>Defendant |  |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT .**

                                                        **Sarah A. Thornton**
                                                        **Clerk**

**So Approved**
**/s/ William G. Young**

                                                        **/s/ Elizabeth Smith**

**USDJ**
                                                        **Deputy Clerk**

**January 12, 2006**

**To: All Counsel**