UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CLEMENT WOGHIREN,<br>   Plaintiff,<br><br>   v.<br><br>WYETH and WYETH BIOPHARMA,<br>   Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12148 WGY<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF KRISTIN E. SPRIANO**
**IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS**

I, Kristin E. Spriano, being duly sworn, hereby depose and state:

1. I am an attorney with the firm of Fitzhugh, Parker & Alvaro, LLP, admitted *pro haec vice* as counsel for the Defendants, Wyeth and Wyeth BioPharma.

2. I offer this affidavit in support of Defendants' Motion for Costs.

2. Attached hereto is a summary of charges billed to and paid by Defendants to Fitzhugh, Parker & Alvaro, LLP for its defense of the instant action. Each of these costs were necessarily incurred in this case. The services for which fees have been charged were actually and necessarily performed.

4. The costs, which total $13,664.97, are as follows:

| | |
|---|---|
| Deposition Transcripts: | $2,122.03 |
| Printing Costs: | $532.94 |
| Witness Fees: | $400.00 |
| Exemplification Fees: | $10,460.00 |
| Court fees: | $150.00 |
| **TOTAL**: | **$13,664.97** |

**SIGNED UNDER THE PENALTIES OF PERJURY ON THIS 25th DAY OF JANUARY, 2006.**

*/s/Kristin E. Spriano*
Kristin E. Spriano