## TOTAL COSTS SOUGHT PURSUANT TO 28 U.S.C. § 1920

| | |
|---|---|
| Deposition Transcripts (Exhibit A) | $2,122.03 |
| Printing Costs (Exhibit B) | $532.94 |
| Witness Fees (Exhibit C) | $400.00 |
| Exemplification Fees (Exhibit D) | $10,460.00 |
| Other (Exhibit E) | $150.00 |
| **TOTAL** | **$13,664.97** |