**EXHIBIT A**

## Deposition Transcripts

| Deponent | Use at Trial | Costs |
|---|---|---|
| Dr. Denise Maratea | On cross examination by Plaintiff (Day 6) | $592.38 |
| Dr. Clement Woghiren | On cross examination by Defendant (Day 3) | $854.40 |
| Christopher Pajak | Trial Exhibit 45[1] | $675.25 |
| | **TOTAL** | **$2,122.03** |

---

[1] On Day 6 of trial, Defendants introduced Trial Exhibit 45 (e-mail from Dr. Denise Maratea to Christopher Pajak). Said Exhibit was initially produced as Exhibit 2 to Christopher Pajak's deposition. (*See Deposition of Christopher Pajak,* September 2, 2005 at 113/5-114/1, attached.) Because this document was used at trial, Christopher Pajak's deposition was "necessarily obtained for use in the case." 28 U.S.C.A. § 1920.

COPY

VOLUME     I
PAGES      1-148
EXHIBITS   1-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * *  *
                           *
CLEMENT WOGHIREN,          *
                           *
    Plaintiff,             *
                           *
                           *
v.                         *  Civil Action
                           *  No. 04-12148 WGY
WYETH and                  *
WYETH BIOPHARMA,           *
                           *
    Defendant.             *
                           *
* * * * * * * * * * * * *  *

      30(b)(6) Deposition of **CHRISTOPHER PAJAK**, taken on behalf of the Plaintiff, pursuant to Notice under the applicable Rules of the Federal Rules of Civil Procedure, before Rochelle D. Baron, a Professional Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Tocci, Goss & Lee, P.C., 35 India Street, Boston, Massachusetts on Monday, September 12, 2005, commencing at 9:35 a.m.

113

1  surrounding -- I'm not sure whether
2  this was part of your -- it may have
   been -- and this is an extra copy.
       [Witness looking at document.]
5  Q  Can you identify that document?
6  A  Yes.
7  Q  And just generally tell me what that
8     document is.
9  A  This is a document -- an e-mail from
10    Dr. Maratea to myself indicating that
11    she had solicited feedback from Tom
12    Porter, who is in development
13    organization, regarding Clement --
14    regarding Dr. Woghiren.
15        MR. TOCCI:  Why don't we mark
16    this as an exhibit.
17        [A copy of an
18        e-mail dated
19        6/11/2004 to
20        Christopher Pajak
21        from Denny Maratea
22        was marked as
23        Pajak Exhibit No.
          2 for

114

          identification.]
2  Q  Okay.  Did you ask Dr. Maratea to
3     provide you with the information in
4     this memo?
5  A  Yes.
6  Q  Okay.  Why did you ask her to gather
7     this information?
8  A  Uhm, it was right around the time of
9     Dr. Woghiren's or our hearing with the
10    MCAD.  I don't remember the exact date
11    of that.  So this is either just prior
12    to or just after the date.  Could we
13    confirm that date of the MCAD hearing?
14        MR. FITZHUGH:  Off the record.
15        [Discussion off the record.]
16        MR. FITZHUGH:  We're back on.
17 A  So if my memory serves me correctly,
18    Dr. Woghiren at some point that he had
19    indicated that he received positive
20    feedback from other peers in other
21    organizations regarding his performance,
22    particularly regarding his performance
23    review, and he had provided names of
24    people for Dr. Maratea to solicit

115

1  feedback from regarding his performance.
2  I asked if she ever did solicit
3  feedback from those people, Tom being
4  one of them, Tom Porter, who's
5  referenced in this e-mail.  She had
6  indicated to me that she did, and I
7  asked, well, did you get anything
8  formal from them, was it just general
9  feedback and so forth.  So this, I
10 believe, is representative of her
11 either notes or recollection of the
12 feedback that she received from Tom,
13 and she provided it to me.
14 Q  Okay.  Is it fair to say that at least
15    from January 2004 till his termination,
16    that from the documents you've seen and
17    the conversations you've had with
18    Dr. Maratea, that she very carefully
19    monitored and documented performance
20    problems with Clem Woghiren?
21 A  I think she did her job as manager and
22    documented it -- his performance and so
23    forth, as I would have recommended that
24    she do for anyone.

116

1  Q  Is it fair to say he's been placed
2     under a microscope by January of 2004,
3     is that correct?
4  A  No.  I don't think that's an accurate
5     assessment.
6  Q  Have you had a chance to see Dr. Woghiren's
7     notes or typed notes?
8        MR. FITZHUGH:  You mean
9     Dr. Maratea?
10 Q  I'm sorry.  Dr. Maratea's typed notes?
11 A  Pretty much her entire period of
12    employment.
13 Q  Well, she has some handwriting notes,
14    and then she has a memo.
15 A  Yes.  I've seen.
16       MR. FITZHUGH:  Off the record.
17       [Discussion off the record.]
18       MR. FITZHUGH:  So 27.
19 A  These are documents summarizing the
20    meetings Dr. Maratea had, which I was
21    also present for many of them.
22 Q  Not the first couple of pages.  The
23    first couple of pages are meetings,
24    correct, meetings that occurred during

Joan R. Dunne
Court Reporter
28 Sonning Road
Beverly, MA 01915
(978) 927-2678
S.S.# 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

# INVOICE

Mona Leviton

No. 5034

TO: Michael A. Fitzhugh, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Suite 1700
Boston, MA 02110



10831 AL
12/14/05

Date: September 15, 2005

DR. DENISE MARATEA

DEPOSITION – SEPTEMBER 8, 2005

Copy of transcript – 149 pages @ $2.75 p.p.:   $409.75
E-mail Transcript:                              75.00
Expedite Fee 25%:                              102.43
Postage:                                         5.20
                                              $592.38

CLEMENT WOGHIREN
VS.
WYETH and WYETH BIOPHARMA

TOTAL DUE:      $592.38

ENTERED SEP 2 3 2005

# KMM Reporting Service
### 69-B Locust Street
### Assonet, MA 02702
### 508-644-4035

## INVOICE

**Bill To:**

Fitzhugh, Parker & Alvaro, LLP
155 Federal Street, Suite 1700
Boston, MA 02110-1727
Attn: Michael A. Fitzhugh, Esq.




*AV OK to Pay*

| Invoice #: | KMM0725 |
|---|---|
| Invoice Date: | 9/19/05 |
| Customer ID: | FITZ01 |

| Job Date | Reporter | Case Name (Witness) | Description | Pages | Rate | Amount | Total |
|---|---|---|---|---|---|---|---|
| 9/9/05 | KMM | Woghiren vs. Wyeth | Org. Transcript | 267 | $3.20 | $854.40 | $854.40 |
|  |  | Deposition of Clement Woghiren | Condensed/Ind. | Yes |  | N/C | N/C |
|  |  |  | ASCII | Yes |  | N/C | N/c |
|  |  |  | Copy Transcript |  |  |  |  |
|  |  |  | Condensed |  |  |  |  |
|  |  |  | ASCII |  |  |  |  |

**NOTE:** Transcript e-mailed 9/18/05
Transcript delivered 9/19/05

6832
12/14/05
A

| Subtotal | $854.40 |
|---|---|
| Tax |  |
| Shipping |  |
| Miscellaneous |  |
| Balance Due | $854.40 |

*Please remit with payment payable to:*
*"Kathleen M. Madden"     Thank You.*

| REMITTANCE |  |
|---|---|
| Invoice #: | KMM0725 |
| Invoice Date: | 9/19/05 |
| Customer ID: | FITZ01 |
| Amount Due: | $854.40 |
| Amount Enclosed: |  |

ENTERED SEP 2 3 2005

# INVOICE

Rochelle Baron

Joan R. Dunne
Court Reporter
28 Sonning Road
Beverly, MA 01915
(978) 927-2678
S.S.# 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

**APPROVED** *mk*

No. 8121

Date: September 20, 2005

TO: Michael A. Fitzhugh, Esq.
Fitzhugh, Parker & Alvaro, LLP
155 Federal Street
Boston, MA 02110-1727

---

CHRISTOPHER PAJAK

30(b)(6) DEPOSITION – SEPTEMBER 12, 2005

| | |
|---|---|
| Copy of transcript 148 pages @ $2.75 p.p.: | $407.00 |
| Expedite Fee 50%: | 203.50 |
| ASCII, Minuscript & Word Index: | 30.00 |
| E-mail transcript: | 30.00 |
| Postage: | 4.75 |
| | $675.25 |

CLEMENT WOGHIREN
VS.
WYETH AND WYETH BIOPHARMA

TOTAL DUE:   $675.25

ENTERED SEP 2 3 2005