**EXHIBIT B**

## Printing Costs

| Merrill Communications, LLC | |
|---|---:|
| Copies of documents for automatic disclosures | $68.36 |
| CD of document production | $273.00 |
| CD duplication; binders; copies | $191.58 |
| **TOTAL** | **$532.94** |

**...ILL**
**...MMUNICATIONS LLC** 

Location: DMS-BOSTON 155 FEDERAL

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
17th Floor
Boston, MA 02110 US
Attn: Angie Velazquez

Any Inquiries Call: 617-542-0300

Invoice #: 367162
Invoice Date: 11-JAN-05
Merrill Order #: 002-802366
Client Matter #: Woghiren
Date Received: 10-JAN-05
Salesperson: DANILECKI, BRIAN P

**TERMS:** DUE UPON RECEIPT

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 372 | Litigation, Medium | $.1750 | $65.10 |
| | Subtotal: | | $65.10 |
| | Messenger and Freight: | | $.00 |
| | Postage: | | $.00 |
| | Tax: | | $3.26 |
| | Total Invoice: | | $68.36 |

*Handwritten: "Documents for the Automatic Disclosures" / "AV OK"*

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

*ENTERED JAN 3 12*

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

Page 1 of 1

# MERRILL
# COMMUNICATIONS LLC



Location: DMS-BOSTON 155 FEDERAL

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
Boston, MA 02110 US
Attn: Angelina Velazquez

Any Inquiries Call: 617-542-0300

Invoice #: 372742
Invoice Date: 28-JAN-05
Merrill Order #: 002-810282
Client Matter #: Woghiren emails
Date Received: 12-JAN-05
Salesperson: DANILECKI, BRIAN P

**TERMS: DUE UPON RECEIPT**

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1 | CD Master | $35.00 | $35.00 |
| 3 | Conversion Tech Time | $75.00 | $225.00 |
| | *AV OK Document Production* | | |
| | Subtotal: | | $260.00 |
| | Messenger and Freight: | | $.00 |
| | Postage: | | $.00 |
| | Tax: | | $13.00 |
| | Total Invoice: | | $273.00 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

**ENTERED JAN 3 1 2005**

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL
# COMMUNICATIONS LLC



Location: DMS-BOSTON 101 ARCH STREET

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
Boston, MA 02110 US
Attn: Angie Velazquez

AV OK

Any Inquiries Call: 617-542-0300

Invoice #: 444704
Invoice Date: 15-SEP-05
Merrill Order #: 002-904012
Client Matter #: Woghiren
Date Received: 14-SEP-05
Salesperson: DANILECKI, BRIAN P

**TERMS:** DUE UPON RECEIPT

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| 2 | Binder, 2" Ring | $14.50 | $29.00 |
| 227 | Litigation, Medium | $.1650 | $37.46 |
| 1 | Media, CD Duplication | $25.00 | $25.00 |
| 1 | Media, CD Master | $35.00 | $35.00 |
| 263 | Scanning, Medium | $.1650 | $43.40 |
| 36 | Tabs, Index | $.35 | $12.60 |

ENTERED SEP 2 3 2005

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID: 41-2007271

Page 1 of 2

# MERRILL
# COMMUNICATIONS LLC



Location: DMS-BOSTON 101 ARCH STREET

Fitzhugh, Parker And Alvaro LLP
155 Federal Street
Boston, MA  02110  US
Attn:   Angie Velazquez

Any Inquiries Call: 617-542-0300

Invoice #: 444704
Invoice Date: 15-SEP-05
Merrill Order #: 002-904012
Client Matter #: Woghiren
Date Received: 14-SEP-05
Salesperson: DANILECKI, BRIAN P

TERMS:    DUE UPON RECEIPT

| | |
|---|---|
| Subtotal: | $182.46 |
| Messenger and Freight: | $.00 |
| Postage and Handling: | $.00 |
| Tax: | $9.12 |
| Total Invoice: | $191.58 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing #091 000 022
SWIFT CODE USBKUS44IMT
For Credit to Merrill Corporation Acct #1702-2502-6310
Please reference Merrill invoice number on your payment.

REMIT TO:

MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271