**EXHIBIT C**

## Witness Fees

| Witness | Trial Testimony | Deposition Testimony | Witness Fees |
|---|---|---|---|
| Dr. Denise Maratea | Yes | Yes | $80.00 |
| Christopher Pajak | No | Yes | $40.00 |
| Peri J. Ozker | Yes | Yes | $80.00 |
| Dr. Isabelle Ricard | Yes | No | $40.00 |
| Sharleen Miele | Yes | No | $40.00 |
| Dr. Pius Okeyo | Yes | No | $40.00 |
| Hermenia Catipon | Yes | No | $40.00 |
| Dr. Pratiksha Bhatnagar | Yes | No | $40.00 |
| | | | |
| | | **TOTAL** | **$400.00** |