**EXHIBIT D**

## Exemplification Fees

| New England Trial Services | |
|---|---|
| Trial preparation: presentation labor and database build | $320.00 |
| Electronic media presentation at trial | $10,140.00 |
| **TOTAL** | $10,460.00 |

# Invoice

**NEW ENGLAND TRIAL SERVICES**

321 North Cary St.
Brockton, MA 02302
(617)894-4131
FED ID: 56-2489581

**Client:**
Sonia Skinner, Esq.
Fitzhugh, Parker & Alvaro
155 Federal Street, 17th Floor
Boston, MA 02110

Invoice Number: **03020**
Job Date: **09/20/05**
Case Caption: **Woghiren v Wyeth**
Date: **10/20/05**
Terms: Payment due upon receipt

Please reference our invoice number in all related correspondence.

| Description of the Work We Performed | HOURS | RATE | TOTAL |
|---|---|---|---|
| Presentation Labor - Prep Trial Database build | 4 | $80.00 | $320.00 |

PAID
CHECK # 4886
DATE 12/19/05

ENTERED OCT 2 0 2005

Thank you for using New England Trial Services. Your business is appreciated.

Total Due  $320.00

# NEW ENGLAND TRIAL SERVICES

321 North Cary St.
Brockton, MA 02302
(617)894-4131
FED ID: 56-2489581

# Invoice

**Client:**

Michael A. Fitzhugh, Esq.
Fitzhugh, Parker & Alvaro
155 Federal Street, 17th Floor
Boston, MA 02110

Invoice Number: **03034**
Job Date: **See timesheet**
Case Caption: **Wogherin v. Wyeth**
Date: **01/11/06**
Terms: Payment due upon receipt

Please reference our invoice number in all related correspondence.

Description of the Work We Performed

Trial Presentation Services
See attached timesheet
USDC Boston              Total       $10,140.00
                                                     $10,140.00

Thank you for using New England Trial Services. Your business is appreciated.

Total Due                                        $10,140.00

---

Please detach and return bottom portion with payment

Invoice Number: 03034

Case Caption: Wogherin v. Wyeth                                    $10,140.00

Michael A. Fitzhugh, Esq.                    Mail payment to:
Fitzhugh, Parker & Alvaro
155 Federal Street, 17th Floor               New England Trial Services
Boston, MA 02110                             321 North Cary Street
                                             Brockton, MA 02302

**NEW ENGLAND TRIAL SERVICES**

WOGHIREN v WYETH
CA. 04-12148 WGY
USDC - BOSTON

| DATE | BY | TIME | RATE | TOTAL | DESCRIPTION |
|---|---|---|---|---|---|
| 12/08/05 | IM | 1.0 | $80 | $80.00 | Meet w/ MAF. Discuss presentation options. Receive documents for scanning. |
| 12/12/05 | TP | 4.0 | $80 | $320.00 | Trial preparation. Scan, number, sort documents. |
| 12/15/05 | TP | 4.0 | $80 | $320.00 | Create case database. Load, sort, rename exhibits. |
| 12/20/05 | TP | 3.0 | $80 | $240.00 | Cross check additional documents to original. Rename, renumber exhibits. |
| 12/27/05 | TP | 3.0 | $80 | $240.00 | Scan, name, number additional documents. Create electronic exhibit binders for distribution. |
| 01/02/06 | TP | 8.0 | $80 | $640.00 | Renumber, create new descriptions for database. Prepare opening presentation. |
| 01/03/06 | IM | 5.0 | $100 | $500.00 | Trial Day 1. Presentation technician. 8am to 1pm |
| 01/03/06 | ES | 1.0 | $250 | $250.00 | Equipment Setup: Courtroom Installation. One time charge. |
| 01/03/06 | ER | 1.0 | $750 | $750.00 | Equipment Rental. See worksheet 2. |
| 01/04/06 | IM | 5.0 | $100 | $500.00 | Trial Day 2. Presentation technician. 8am to 1pm. |
| 01/04/06 | ER | 1.0 | $750 | $750.00 | Equipment Rental. See worksheet 2. |
| 01/05/06 | IM | 5.0 | $100 | $500.00 | Trial Day 3. Presentation technician. 8am to 1pm. |
| 01/05/06 | ER | 1.0 | $750 | $750.00 | Equipment Rental. See worksheet 2. |
| 01/06/06 | IM | 5.0 | $100 | $500.00 | Trial Day 4. Presentation technician. 8am to 1pm. |
| 01/06/06 | ER | 1.0 | $750 | $750.00 | Equipment Rental. See worksheet 2. |
| 01/09/06 | IM | 5.0 | $100 | $500.00 | Trial Day 5. Presentation technician. 8am to 1pm. |
| 01/09/06 | ER | 0.0 | $750 | $0.00 | Equipment Rental. See worksheet 2. No Charge Day 5 |
| 01/10/06 | IM | 5.0 | $100 | $500.00 | Trial Day 6. Presentation technician. 8am to 1pm. |
| 01/10/06 | ER | 1.0 | $750 | $750.00 | Equipment Rental. See worksheet 2. |
| 01/11/06 | IM | 3.5 | $100 | $350.00 | Trial Day 7. Presentation technician. 8am to 11:30am. |
| 01/11/06 | ER | 1.0 | $750 | $750.00 | Equipment Rental. See worksheet 2. |
| 01/11/06 | ES | 1.0 | $200 | $200.00 | Equipment Setup: Courtroom Breakout. One time charge. |
| | | | | **$10,140.00** | |

worksheet prepared for Fitzhugh Parker Alvaro, LLP

**NEW ENGLAND TRIAL SERVICES**

WOGHIREN v WYETH
CA. 04-12148 WGY
USDC - BOSTON

| UNITS | DAILY | TOTAL | EQUIPMENT RENTAL |
|---|---|---|---|
| 1.0 | $250 | $250.00 | Equipment Rental: trial notebook computer w/presentation software. |
| 2.0 | $75 | $150.00 | Equipment Rental: 17" LCD Flat Panel Monitor. |
| 1.0 | $100 | $100.00 | Equipment Rental: NETSConnect Courtroom Internet Access. |
| 1.0 | $250 | $250.00 | Equipment Rental: XGA Digital Switcher |
| | | $750.00 | Total Equipment Daily Rental. Per Rate Sheet. 10 Day Month. |
| 1.0 | $250 | $250.00 | Equipment Setup: Courtroom Installation. One time charge. |
| 1.0 | $200 | $200.00 | Equipment Setup: Courtroom Breakout. One time charge. |

worksheet prepared for Fitzhugh Parker Alvaro, LLP