**EXHIBIT E**

## Other costs

| | |
|---|---|
| Filing fee for notice of removal (Docket No. 1) | $150.00 |
| **TOTAL** | **$150.00** |

Case 1:04-cv-12148-WGY   Document 52-7   Filed 01/25/2006   Page 2 of 3

Fitzhugh, Parker & Alvaro LLP  
Run:1/23/2006 12:25:02 PM

# Billed Expenses
10/11/2004 to 10/11/2004

Page 1  
File: EXPHIST

| Client / Matter / Event | Expense Date | Units | $ Value | Ref # | Description |
|---|---|---|---|---|---|
| **WYETH** Wyeth | | | | | |
| WOGHIREN  Clement Woghiren v. Wyeth Bio -Pharm | | | | | |
| C26815 | E112  10/11/2004 | | 150.00 | 4985 | C26806-Payment for the Notice of Removal |
| | *** Total this matter | | 150.00 | | |
| | ** Total this client | | 150.00 | | |
| | * Total this report | | 150.00 | | |

---

**FITZHUGH, PARKER & ALVARO, LLP**  
ATTORNEYS AT LAW  
155 FEDERAL STREET  
SUITE 1700  
BOSTON, MA 02110  
(617) 695-2330

CITIZENS BANK MASSACHUSETTS  
5-7017/2110

4985

NUMBER

PAY: **ONE HUNDRED FIFTY AND 00/100 DOLLARS**

DATE 10/11/04      AMOUNT *$150.00*

TO THE ORDER OF:  
U.S. District Court for the District of Massachusetts  
U.S. Courthouse  
1 Courthouse Way  
Boston, MA 02210

04-12148 WGY

⑆004985⑆ ⑈211070175⑈ 113430240 9⑈      ⑆000000 15000⑆