**John Tocci**

**From:** Michael Fitzhugh [mfitzhugh@fitzhughlaw.com]
**Sent:** Friday, July 08, 2005 11:32 AM
**To:** John Tocci; 'MMW - Melissa Wangenheim'
**Subject:** RE: Woghiren v. Wyeth

John, I'm not available in August; since my last major trial, I've had no time off, not even a week-end for all intents and purposes. I'm taking three weeks during the latter part of of August and into Labor Day. I'll do the deps after that and schedule them accordingly, and even agree to extend the discovery deadline on a "just between us girls" basis, if it's absolutely necessary and you give me advance notice of those you want to depose. Sorry to sound so strident, but I guess I am and it's because I've lost too many summers due to encroachment. MAF