**COPY COP**

Downtown / Financial District
13 Congress St. (Near State St.) 617-367-8031
260 Washington St. (Near School St.) 617-357-9001
85 Franklin St. (Near Filene's) 617-521-8101
101 Summer St. (Near High St.) 617-521-8141
International Place (Lobby) 617-345-2952

Boston / Back Bay
815 Boylston St. (Opposite Prudential) 617-267-9267
691 Boylston St. (Copley Sq at Dartmouth) 617-421-1593

Woburn / Rte. 128
475 Winter St. (At Ext 37B) 781-487-0505

**INVOICE NO. 228792**

SHIP DATE: 12/29/05
CUSTOMER ACCOUNT NO: 63267

SHIP TO: Tocci Goff + Lee
35 India Street 5th
Boston, MA.

JOB REFERENCE: Woghiren

ORDERED BY (FULL NAME): Sonya
PHONE NUMBER & EXT: 617-542-6200
SOLD BY: PZ
RUN BY: PZ
QTY:
LOG NO: P2.3753

| ITEM | ORIGINALS | COPIES | CATEGORY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 1 | 898 | 17 | xBy | 20#White S.S. - 3HD | |
| 2 | 17 | Sets | | α Tabs 1-48 + Inserted - 3HO | |
| 3 | 17 | 0 | | Insert Line 1 + 2 Into 3 Ring Binders | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | BINDERS | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |

SPECIAL INSTRUCTIONS: 17 Binders 2" Black w/vue $5.86 each

617-542-6201

SUBTOTAL: $1,250.86
MASS. TAX: 62.54
TOTAL: 1,313.40

Please Submit Payment To:
COPY COP ACCOUNTING
815 Boylston Street
Boston, MA 02116
TEL (617) 267-9899 ext 230
FAX (617) 262-8719

X _____ Please Sign Here

TERMS: NET 15 DAYS. A LATE CHARGE WILL BE ADDED TO ALL PAST DUE INVOICES.

WHITE: ACCOUNTING    CANARY: AUDIT    PINK: CUSTOMER